UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL SOTERO LOPEZ-VASQUEZ,<br><br>Defendant. | Case No. 1:15-cr-00022-BLW-12<br><br>MEMORANDUM DECISION AND ORDER |

**INTRODUCTION**

Before the Court is Defendant's 18 U.S.C. § 3582 Motion to Modify and Reduce Sentence. Dkt. 517. Defendant's Motion is DENIED.

**ANALYSIS**

This Court sentenced Defendant to 57 months imprisonment for participating in a conspiracy to distribute methamphetamine. Dkt. 464. In arriving at this sentence, the Court used the 2015 Sentencing Guidelines Manual (the "2015 Manual"). Dkt. 447. The 2015 Manual incorporated Amendment 782 to the Drug Quantity Table which reduced by two the offense level for certain drug crimes.

Defendant asks the Court to reduce his sentence on the basis of Amendment 782. Dkt. 517. Because Defendant has already received the benefit of Amendment 782 during his original sentencing, the Court lacks jurisdiction under 18 U.S.C. § 3582 to modify or reduce Defendant's sentence.

# ORDER

**IT IS ORDERED:**

1. Defendant's 18 U.S.C. § 3582 Motion to Modify and Reduce Sentence (Dkt. 517) is **DENIED**.

DATED: February 4, 2019

B. Lynn Winmill
U.S. District Court Judge